IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )     CASE NO.: 2:03-cr-142-MEF
                                   )
JOANNA HERNANDEZ.                  )          (WO)

## MEMORANDUM OPINION AND ORDER

On November 17, 2003, United States Magistrate Judge Delores R. Boyd entered a

Recommendation that defendant Joanna Hernandez's Motion to Suppress (Doc. #27) and

Motion to Dismiss (Doc. # 26) be granted to the extent that they assert a Fourth Amendment

challenge to the search which resulted in Hernandez's arrest for possession of cocaine with

intent to distribute it and denied without prejudice to the extent that they assert additional

challenges pursuant to the Fifth, Sixth, and Fourteenth Amendments.  This court adopted the

Recommendation with some modifications and granted defendant Joanna Hernandez's

Motion to Suppress (Doc. #27) and Motion to Dismiss (Doc. # 26).  The United States of

America appealed this ruling to the United States Circuit Court of Appeals for the Eleventh

Circuit.

On July 29, 2005,[1] the Eleventh Circuit ruled that the detention and search of

defendant Joanna Hernandez were constitutional.  *See, United States of America v.*

*Hernandez,* 418 F.3d 1206 (11th Cir. 2005).  Consequently, the Eleventh Circuit reversed the

---

[1] While the decision was announced in July, the judgment entering the decision as the
court's mandate did not issue until March 23, 2006.

ruling of this court and remanded the case for further proceedings consistent its opinion. *Id.*

In light of the Eleventh Circuit's opinion, this court must find that defendant Joanna

Hernandez's Motion to Suppress (Doc. #27) and Motion to Dismiss (Doc. # 26) are due to

be DENIED. While this court made every effort to comply with all binding precedent when

it issued its prior opinion, it appears that the Eleventh Circuit has pronounced a new standard.

Unless and until the United States Supreme Court or the Eleventh Circuit Court of Appeals

sitting *en banc* changes the law, this court is bound to follow that standard irrespective of

whether it believes it to be correct or whether an individual's constitutional rights can ever

be suspended for any length of time.

Consistent with *United States of America v. Hernandez,* 418 F.3d 1206 (11th Cir.

2005), it is ORDERED as follows:

(1) The Government's Objections to the Recommendation of the Magistrate Judge

(Doc. # 47), as amended (Doc. # 48) are SUSTAINED.

(2) The Recommendation of the Magistrate Judge entered on November 17, 2003

(Doc. # 46) is REJECTED.

(3) Defendant Joanna Hernandez's Motion to Dismiss (Doc. # 26) and Motion to

Suppress (Doc. # 27) are DENIED.

DONE this the 4th day of April, 2006.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE